

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00305-CV

_____

IN RE NORMAN L. AGNEW, Relator

Original Proceeding
From Tarrant County
Trial Court No. 1475324D, 1434387D, 1434386D, 1429034D

Before Womack, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: August 21, 2019